*JH*

RECEIVED

DEC 07 2015
DEC 0 7 2015 DC
12-7-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| _Henry, Vernon_ ) ) ) | |
| (Name of the plaintiff or plaintiffs) | **15-cv-10961** |
| v. | **Judge Thomas M. Durkin** |
| _Kenco Logistics Services_ ) ) ) ) ) ) | **Magistrate Judge Daniel G. Martin** |
| (Name of the defendant or defendants) ) | |

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is _Vernon Henry_ of the county of _Cook_ in the state of _Illinois_.

3. The defendant is _Kenco Logistics Services_, whose street address is _2001 Riverside drive_, (city) _Chattanooga_ (county) _Marion_ (state) _TN_ (ZIP) _37406_ (Defendant's telephone number) _(800) 758-3289_

4. The plaintiff sought employment or was employed by the defendant at (street address) _Kenco Logistics_ (city) _Manteno_ (county) _Kankakee_ (state) _IL_ (ZIP code) _60950_

5.  The plaintiff [*check one box*]

    (a) ☐     was denied employment by the defendant.

    (b) ☐     was hired and is still employed by the defendant.

    (c) ☒     was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about,
    (month) MARCH , (day) 10th , (year) 2014 .

7.1   *(Choose paragraph 7.1 or 7.2, do not complete both.)*

        (a)  The defendant is not a federal governmental agency, and the plaintiff  [*check*

        *one box*] ☒ *has not*     filed a charge or charges against the defendant
                  ☐ *has*

asserting the acts of discrimination indicated in this complaint with any of the following
government agencies:

    (i)     ☐   the United States Equal Employment Opportunity Commission, on or about

              (month)_____ (day)_____ (year)_____.

    (ii)     ☐   the Illinois Department of Human Rights, on or about

              (month)_____ (day)_____ (year)_____.

    (b)  If charges *were* filed with an agency indicated above, a copy of the charge is

attached.   ☐ YES.     ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois
Department of Human Rights to cross-file with the other agency all charges received.  The
plaintiff has no reason  to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

        (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

        defendant asserting the acts of discrimination indicated in this court complaint.

☒ Yes (month) _July_ (day) _9th_ (year) _2014_

☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)    Attached is a copy of the

(i) Complaint of Employment Discrimination,

☒ YES    ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☒ YES    ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐    the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b) ☐    the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on

(month)_____ (day)_____ (year)_____ a copy of which

*Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐    Age (Age Discrimination Employment Act).

(b) ☒    Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.   If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.   Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.   The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

4

_____

_____

_____

_____

13.   The facts supporting the plaintiff's claim of discrimination are as follows:

Failure to go by company policy as Relates to
harrassment, promotions, retaliation workplace
safety

_____

_____

_____

14.   **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.   The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16.   THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐   Direct the defendant to hire the plaintiff.

(b) ☐   Direct the defendant to re-employ the plaintiff.

(c) ☐   Direct the defendant to promote the plaintiff.

(d) ☐   Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐   Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐   Direct the defendant to (specify): _____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

(Plaintiff's name)

VERNON HENRY

(Plaintiff's street address)

4541 W 175th PL

(City) Country Club Hills (State) IL (ZIP) 60478

(Plaintiff's telephone number) (708) 798 - 0549

Date: 12 - 3 - 2015

6



**Charge Number:** 201█SF0034
**Complainant:** Mr. Vernon Henry
**Page 2 of 4**

   3. Beginning in late December 2013, and continuing through March 2014, I was subjected to unequal terms and conditions of employment by Mike Monzello (white), Operations Manager, when he repeatedly denied me the opportunity to start work earlier when doing overtime.

   4. A similarly situated non-black employee, Pete (last name unknown), was allowed to do overtime before his shift started.

## II. A.   ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – DECEMBER 2013 THROUGH MARCH 2014, DUE TO MY SEX, MALE

### B.  PRIMA FACIE ALLEGATIONS

   1. My sex is male.

   2. My work performance as a forklift operator meets Respondent's expectations. I was hired in December 2013.

   3. Beginning in late December 2013, and continuing through March 2014, I was subjected to unequal terms and conditions of employment by Mike Monzello (male), Operations Manager, when he repeatedly denied me the opportunity to start work earlier when doing overtime.

   4. Similarly situated female employees were not subjected to these terms and conditions of employment.

## III. A.   ISSUE/BASIS

FAILURE TO PROMOTE – LATE FEBRUARY 2014 AND/ OR EARLY MARCH 2014, DUE TO MY RACE, BLACK

### B.  PRIMA FACIE ALLEGATIONS

   1. My race is black.

   2. My work performance as a forklift operator meets Respondent's expectations. I was hired in December 2013.

   3. In late February 2014 and/or early March 2014, I applied for the vacant position of co-pack coordinator.

   4. I am well qualified for said position.



Charge Number: 20__CF0034
Complainant: Mr. Vernon Henry
Page 3 of 4

    5. In late February 2014 and/or early March 2014, I not promoted to the position in question.

    6. Despite my qualifications, the position was given to a less qualified non-black individual, Melissa Hansen.

IV. A.  ISSUE/BASIS

**FAILURE TO PROMOTE – LATE FEBRUARY 2014 AND/ OR EARLY MARCH 2014, DUE TO MY SEX, MALE**

B. PRIMA FACIE ALLEGATIONS

    1. My sex is male.

    2. My work performance as a forklift operator meets Respondent's expectations. I was hired in December 2013.

    3. In late February 2014 and/or early March 2014, I applied for the vacant position of co-pack coordinator.

    4. I am well qualified for said position.

    5. In late February 2014 and/or early March I was not promoted to the position in question.

    6. Despite my qualifications, the position was given to a less qualified female individual, Melissa Hansen.

V. A.  ISSUE/BASIS

**FAILURE TO PROMOTE – LATE FEBRUARY 2014 AND/ OR EARLY MARCH 2014, IN RETALIATION FOR HAVING COMPLAINED ABOUT RACIAL DISCRIMINATION IN THE WORKPLACE**

B. PRIMA FACIE ALLEGATIONS

    1. Prior to me applying for the promotional position I engaged in a protected activity when I complained to Mike Monzello, Operations Manager, that I was being racially harassed by Peter (last name unknown), co-worker.

    2. In late February 2014 and/or early March 2014, I applied for the vacant position of co-pack coordinator.



Charge Number: 20__CF0034
Complainant: Mr. Vernon Henry
Page 4 of 4

3. I am well qualified for said position.

4. In late February 2014 and/or early March I was neither interviewed nor promoted to the position in question.

5. The adverse action followed my involvement in a protected activity, thereby, raising an inference of retaliatory motivation.

### VI. A.   ISSUE/BASIS

FAILURE TO PROMOTE – LATE FEBRUARY 2014 AND/ OR EARLY MARCH 2014, DUE TO MY RACE, BLACK

### B. PRIMA FACIE ALLEGATIONS

1. My race is black.

2. My work performance as a forklift operator meets Respondent's expectations. I was hired in December 2013.

3. In late March 2014 and/or early April 2014, I applied for the vacant position of co-pack leader.

4. I am well qualified for said position.

5. In late February 2014 and/or early March I was interviewed Mike Monzello . Operations Manager. On or about March 2014, I was not promoted to the position in question. No reason was cited for the failure to promote.

6. Despite my qualifications, the position was given to less qualified non-black employees, Roger Payne, Jose Correra, and Brian Camp.

HMS/RCG/hms

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

#15W0703.03

| AGENCY | CHARGE NUMBER |
|--------|---------------|
| ☒ IDHR | 2015CF0034 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (Include area code) |
|---|---|
| Mr. Vernon Henry | (708) 261-7892 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 4541 W. 175th Place | Country Club Hills, IL 60478 | / / <br> M   D   YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE NUMBER (Include area code) |
|---|---|---|
| Kenco Logistics Services | 15+ | (815) 468-9999 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1125 W. Sycamore Road | Manteno, IL 60950 | Kankakee |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Race   Sex   Retaliation | 12/13     03/14 <br> ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I. A.   ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – DECEMBER 2013 THROUGH MARCH 2014, DUE TO MY RACE, BLACK

B.   PRIMA FACIE ALLEGATIONS

1. My race is black.

2. My work performance as a forklift operator meets Respondent's expectations. I was hired in December 2013.

Page 1 of 4

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME <br> THIS 9th DAY OF July , 2014. <br> *Donna M. Evans* <br> NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL <br> DONNA M EVANS <br> NOTARY PUBLIC - STATE OF ILLINOIS <br> MY COMMISSION EXPIRES:04/03/18 <br> <br> NOTARY STAMP | X _____   7-9-14 <br> SIGNATURE OF COMPLAINANT     DATE <br> I declare under penalty that the foregoing is true and correct. I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-1NT)

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Vernon Henry<br>c/o Jordan Hoffman, Esq.<br>Jordan Travaille Hoffman<br>11528 S Halsted St<br>Chicago, IL 60628 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2014-02027 | Daniel Lim,<br>State & Local Coordinator | (312) 869-8082 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julianne Bowman /sr*                                        September 4, 2015

Enclosures(s)

**Julianne Bowman,**
**District Director**

*(Date Mailed)*

cc:

Chief Executive Officer
KENCO LOGISTICS SERVICES
1125 W Sycamore Rd
Manteno, IL 60950