IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Vernon Henry | ) | Case No: 15 C 10961 |
| | ) | |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| | ) | |
| Kenco Logistics | ) | |
| | ) | |

### **ORDER**

The Clerk is directed to place document #90, plaintiff's motion to withdraw, under seal.

Date: 5/12/2017 /s/ Thomas M. Durkin