UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Vernon Henry

                    Plaintiff,

v.                                               Case No.: 1:15−cv−10961
                                                 Honorable Thomas M. Durkin

Kenco Logistics Services, LLC, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 30, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to this Court's 03/08/2018 order [95], because plaintiff Vernon Henry has failed to respond to the pending motion for summary judgment [79] on or before March 29, 2018, the case is dismissed with prejudice. Civil case terminated. Mailed notice. (ym, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.